IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
|  | ) | 09-00167-01-CR-W-NKL |
| ALBERT VINCENT PERKINS, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On February 3, 2010, counsel for Defendant filed a motion pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Ron Nieberding, Ph.D., licensed clinical psychologist, who prepared a report dated June 16, 2010. On July 14, 2010, I held a competency hearing. Defendant was present, represented by appointed counsel Bill Raymond. The government was represented by Bruce Clark. During the hearing, both parties stipulated to the contents and findings contained in Dr. Nieberding's report (Tr. at 2-3). Accordingly, it is

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding Defendant competent.

Counsel are advised that, pursuant to 28 U.S.C. § 636(b)(1), each has fourteen days from the date of this report and recommendation to file and serve specific objections, unless an extension of time for good cause is obtained.

                                                                                         */s/ Robert E. Larsen*
                                                                                         ROBERT E. LARSEN
                                                                                         United States Magistrate Judge

Kansas City, Missouri
July 19, 2010