IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 09-00167-01-CR-W-NKL |
| ALBERT VINCENT PERKINS, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On February 3, 2010, counsel for Defendant made a motion pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Ron Nieberding, Ph.D., who prepared a report dated June 16, 2010. It is the opinion of Dr. Nieberding that Defendant is competent. During a hearing held before United States Magistrate Judge Robert Larsen on July 14, 2010, Defendant and the government stipulated to the report of Dr. Nieberding. No objections to the Report and Recommendation were filed.

Therefore, after making an independent review of the record, it is

ORDERED that Defendant's motion for judicial determination of mental competency is granted, the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety, and this Court finds that Defendant is competent to proceed.

                                                                         s/ NANETTE K. LAUGHREY
                                                                         NANETTE K. LAUGHREY
                                                                         United States District Judge

Dated: August 9, 2010
Jefferson City, Missouri